```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

KEVIN LAMONT WATKINS-BEY,         :
                                  :     Civil Action No. 08-4519 (SRC)
            Plaintiff,            :
                                  :
      v.                          :     **ORDER**
                                  :
OSCAR AVILES, et al.,             :
                                  :
            Defendants.           :     **CLOSED**

For the reasons expressed in the Opinion filed herewith,

IT IS on this 3rd day of March, 2009,

ORDERED that Plaintiff's application to proceed <u>in forma pauperis</u> is hereby granted pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

ORDERED that the Clerk of the Court shall file the Complaint without prepayment of fees or security; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and the warden of Hudson County Correctional Facility; and it is further

ORDERED that the Complaint is DISMISSED WITH PREJUDICE for failure to state a claim; and it is further

ORDERED that this dismissal shall count as a "strike" for purposes of 28 U.S.C. § 1915(g); and it is further

ORDERED that Plaintiff is assessed a filing fee of $350.00 which shall be deducted from Plaintiff's institutional account

pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from his institutional account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to Plaintiff's institutional account, with each payment referencing the civil docket number of this action.

                                                    s/ Stanley R. Chesler
                                                Stanley R. Chesler
                                                United States District Judge